IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McCarver, Nathaniel | Case Number: 05 B 24607 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/15/08 | Filed: 6/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 27, 2007
Confirmed: August 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,470.00 | |
| Secured: | | 2,986.55 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 283.44 |
| Other Funds: | | 0.01 |
| Totals: | 5,470.00 | 5,470.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,200.00 | 2,200.00 |
| 2. | United Auto Credit | Secured | 4,662.89 | 2,986.55 |
| 3. | Internal Revenue Service | Priority | 1,529.62 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 230.66 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 331.21 | 0.00 |
| 6. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 7. | Cingular Wireless | Unsecured | | No Claim Filed |
| 8. | IPC | Unsecured | | No Claim Filed |
| 9. | Tax Clearance Center | Unsecured | | No Claim Filed |
| 10. | Providian Bank | Unsecured | | No Claim Filed |
| | | | $ 8,954.38 | $ 5,186.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 6.75 |
| 5.5% | 88.81 |
| 5% | 25.50 |
| 4.8% | 48.98 |
| 5.4% | 113.40 |
| | $ 283.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  McCarver, Nathaniel | Case Number:  05 B 24607 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/15/08 | Filed:  6/22/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                            Marilyn O. Marshall, Trustee, by:

